UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAYANA LISETH OME MENESES,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2022_

21 Cr. 287-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for November 2, 2022, is ADJOURNED to **November 16, 2022**, at **11:00 a.m.**

    Time until November 16, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for Defendant to confer with counsel.

    SO ORDERED.

Dated: October 27, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge