```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/20/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-                              21 Cr. 287-2 (AT)

DAYANA LISETH OME MENESES,

                Defendant.

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing hearing scheduled for July 25, 2023, is ADJOURNED to **September 19, 2023**, at **2:00 p.m**.

    SO ORDERED.

Dated:  July 20, 2023
          New York, New York

_____
ANALISA TORRES
United States District Judge